Mariana Paula Noli, CA State Bar No. 247369
mail@noli-ipsolutions.com

Gregory D. Butler, CA State Bar No. 331064
greg@noli-ipsolutions.com

NOLI IP SOLUTIONS, P.C.
5030 Bella Collina St.,
Oceanside, California 92056
Telephone: (442) 224-7490

Attorneys for Plaintiffs
MARTHA MARIA SANCHEZ QUIROZ
DON CLEMENTE, INC.
PASATIEMPOS GALLO, S.A. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Plaintiffs,<br>v.<br><br>ALEJANDRO ARANDA CERVANTES, an individual, OSCAR ARANDA CERVANTES, an Individual, and GENERAL MERCHANDISE DISTRIBUTION, a California entity<br><br>Defendants. | Case No. 5:21-cv-00268-JWH-SHK<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST:**<br><br>ALEJANDRO ARANDA CERVANTES, an individual, OSCAR ARANDA CERVANTES, an Individual, and GENERAL MERCHANDISE DISTRIBUTION, a California entity |

    To the Clerk of the United States District Court for the Central District of California: As provided by Rule 55 of the Federal Rules of Civil Procedure, in my capacity of attorney for Plaintiffs MARTHA MARIA SANCHEZ QUIROZ, DON CLEMENTE INC., and PASATIEMPOS GALLO S.A. de C.V., request that the Clerk enters the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

APPLICATION FOR ENTRY OF DEFAULT
1

**Name of Defendant: ALEJANDRO ARANDA CERVANTES**

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on April 20, 2021.

**Name of Defendant: OSCAR ARANDA CERVANTES**

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on April 20, 2021.

**Name of Defendant: GENERAL MERCHANDISE DISTRIBUTION**

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on April 20, 2021.

The above-named Defendants have failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration.

Date:   **April 28, 2021.**              Respectfully submitted

**NOLI IP SOLUTIONS P.C.**

By:  /S/Mariana Paula Noli
    Mariana Paula Noli, Esq.
    CA State Bar 247369
    Attorney for Plaintiffs