# DECLARATION FOR ENTRY OF DEFAULT
# OF MARIANA PAULA NOLI

**Mariana Paula Noli, Esq.** hereby declares under penalty of perjury, pursuant to 28 U.S.C. 1746(2) that the following statements are true and correct.

1. I am the attorney representing the Plaintiffs in this action. If called as a witness, I could and would competently testify thereto.

2. **Defendant Alejandro Aranda Cervantes** was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021, as evidenced by the proof of service on file with this Court.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant Alejandro Aranda Cervantes was required to plead or otherwise respond to the complaint by April 21, 2021. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant Alejandro Aranda Cervantes has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant Alejandro Aranda Cervantes is not a minor or an incompetent person.

6. Defendant Alejandro Aranda Cervantes is not currently in the military service, and therefore the Service members Civil Relief Act does not apply.

7. **Defendant Oscar Aranda Cervantes** was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021, as evidenced by the proof of service on file with this Court.

8. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant Oscar Aranda Cervantes was required to plead or otherwise respond to the complaint by April 21, 2021. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

9. Defendant Oscar Aranda Cervantes has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10. Defendant Oscar Aranda Cervantes is not a minor or an incompetent person.

11. Defendant Oscar Aranda Cervantes is not currently in the military service, and therefore the Service members Civil Relief Act does not apply.

12. **Defendant General Merchandise Distribution** was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 30, 2021, as evidenced by the proof of service on file with this Court.

13. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant General Merchandise Distribution was required to plead or otherwise respond to the complaint by April 21, 2021. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

14. Defendant General Merchandise Distribution has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

15. Defendant General Merchandise Distribution is not a minor or an incompetent person.

16. Defendant General Merchandise Distribution is not currently in the military service, and therefore the Service members Civil Relief Act does not apply.

17. I have attached to this declaration a true and correct copy of the proofs of service on file with this Court for the above-named Defendants.

Executed on April 28, 2021, in Oceanside, California.

**NOLI IP SOLUTIONS P.C.**

By: /S/Mariana Paula Noli
Mariana Paula Noli, Esq.
CA State Bar 247369
Attorney for Plaintiffs

DECLARATION FOR ENTRY OF DEFAULT
BY MARIANA PAULA NOLI