UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-00268-JWH (SHKx) | Date | June 25, 2021 |
| Title | *Martha Maria Sanchez Quiroz, et al. v. Alejandro Aranda Cervantes, et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mariana P. Noli | N/A |

**Proceedings:** **VIDEO HEARING RE: MOTION FOR DEFAULT JUDGMENT [ECF No. 22]**

    Counsel states her appearance. The Court confers with counsel. The Court takes the matter under submission.

    **IT IS SO ORDERED.**

Time: 00:01
Initials of Preparer: iv